UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Robert Gene Bailey, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> R. M. Ashley, C. C. Blake, Officer Dooer, ) <br> Joseph Gardner, P. J. Graham, ) <br> Towing and Storage , K. D. Mackey, Ron Smith, ) <br> William C. Toman, Jr. and ) <br> Unknown Female Officer , ) <br> ) <br> Defendants. ) <br> ) | **JUDGMENT** <br><br> No. 5:13-CV-514-BR |

**Decision by Court.**

This action came before Senior United States District Judge W. Earl Britt for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED, ADJUDGED AND DECREED** that this action is hereby dismissed without prejudice.

**This judgment filed and entered on July 19, 2013, and served on:**

Robert Gene Bailey (via US Mail at Hyde Correctional Institution, PO Box 278, Swan Quarter, NC
    27885)

July 19, 2013                                   /s/ Julie A. Richards,
                                                               Clerk of Court